UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| **LUCILLE M. ROBBINS** ) | **Chapter 13 Proceedings** |
| ) | **Case No.   22-21670 JRA** |
| **Debtor** ) | |

## OBJECTION TO CONFIRMATION OF PLAN

Comes now Paul R. Chael, Standing Chapter 13 Trustee herein, and objects to confirmation of the Debtor's Chapter 13 Plan, and in support thereof, state as follows:

1. The Debtor's Plan does not provide for all disposable income for the applicable commitment period and accordingly Debtor's Plan does not comply with 11 U.S.C. Sec. 1325(b)(3).

2. The Debtor needs to list on the Form 122C-1 income from her corporation 1632, Inc., from Baen Publishing, from her husband's copyrighted published works, from royalties, and from her Trust.

3. The Debtor's Plan does not comply with 11 U.S.C. Sec. 1325(a)(4) in that the property to be distributed to unsecured creditors is less than the amount that would be distributed to unsecured creditors if the case were filed under a Chapter 7.

4. The Debtor has equity in her home, timeshares not listed in her Schedules, intellectual property rights, royalties, 100% of the shares of 1632, Inc., and a Trust, which if liquidated in a Chapter 7 proceeding, would provide a dividend to allowed unsecured creditors.

5. Debtor has listed the creditors of her corporation, 1632, Inc., on Schedule E/F; however, these are not her personal debts unless she has signed as a guarantor for the corporation's debts.

**WHEREFORE,** Trustee prays that confirmation of Debtor's Plan be denied, and for all other appropriate relief.

/s/     Julia M. Hoham
Staff Attorney for Paul R. Chael
Standing Chapter 13 Trustee
Indiana Atty No. 16068-64

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, service of a true and complete copy of the above and foregoing pleading or paper is being made through the Court's ECF system upon the following:

U.S. Trustee - ustpregion10.soecf@usdoj.gov.com
Christopher R. Schmidgall – bankruptcy@wshlegal.com

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor – Lucille M. Robbins, 4202 Baring Ave., East Chicago, IN 46312

/s/ Michelle J. Sersic
Legal Assistant to Paul R. Chael
Chapter 13 Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410