**Fill in this information to identify your case and this filing:**

Debtor 1: **Lucille Margaret Robbins**
  First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA

Case number: **22-21670**

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
Street address, if available, or other description: **4202 Baring Avenue**

City: **East Chicago**   State: **IN**   ZIP Code: **46312-0000**

County: **Lake**

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$60,000.00**
Current value of the portion you own? **$60,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
Single-family home located at 4202 Baring Ave., East Chicago, IN 46312. Home has water and mold damage which Debtor believes would negatively impact the home's value.

Debtor 1    Lucille Margaret Robbins                                              Case number *(if known)* 22-21670

1.2 If you own or have more than one, list here:

**Tahiti Village/Soleil LV, LLC**
**801 South Rampart**
**Suite 200**
Street address, if available, or other description

Las Vegas        NV        89145-0000
City              State      ZIP Code

Clark
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☒ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$13,000.00                                $13,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................=>    **$73,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☒ Yes

3.1  Make: **Subaru**
     Model: **Legacy**
     Year: **2015**
     Approximate mileage: _____
     Other information:

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$8,000.00                                $8,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☒ No
- ☐ Yes

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................=>    **$8,000.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                      Schedule A/B: Property                           page 2

Debtor 1    Lucille Margaret Robbins    Case number (if known) 22-21670

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes. Describe.....

    Miscellaneous Household Goods & Furnishings, including: stove, refrigerator, washer, dryer, pots, pans, dishes, kitchen accessories, recliner, living room furniture, beds, dressers, and other ordinary household goods      $2,500.00

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes. Describe.....

    2 televisions, cell phone & computer      $500.00

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes. Describe.....

    treadmill      $100.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    Miscellaneous Clothing      $300.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    Miscellaneous Jewelry      $1,500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    Pet cat      $100.00

Official Form 106A/B            Schedule A/B: Property            page 3

Debtor 1   **Lucille Margaret Robbins**　　　　　　　　　　　　　　　Case number *(if known)* 22-21670

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................................    **$5,000.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes...............

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.....................

Institution name:

17.1.  Checking & Savings    Checking and Savings with Centier    **$8,000.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes................. Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them..................
Name of entity:                                                         % of ownership:

100% owner of 1632 Inc. which is corporation late husband used as an author and publisher. Business has little or no assets but operated Ring of Fire Press which was a publishing company and Grantville Gazette which was an electronic magazine. The liabilities for the business significantly exceed any value.     100    %     **Unknown**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.
Type of account:     Institution name:

Official Form 106A/B     Schedule A/B: Property     page 4

Debtor 1     Lucille Margaret Robbins                         Case number *(if known)* 22-21670

| | | |
|---|---|---|
| Pension | Pension payable in the amount of $144.00 per month from LTV Steel PGB | Unknown |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                  Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No
■ Yes. Give specific information about them...

| | |
|---|---|
| Late Husband authored several copyrighted published works. Funds advanced by his publisher exceed the expected value of his works. Writings include, but not limited to:<br>1970: Trade and Politics in Barotseland During the Kololo Period, 1970 Journal of<br>African History (Volume XI:1)<br>1993: Entropy and the Strangler, (short story), in Writers of the Future Volume IX<br>1997: 1997: Mother of Demons, September 1997 (pb)<br>1998: An Oblique Approach, March 1998 (pb) with David Drake<br>In the Heart of Darkness, August 1998 (pb) with David Drake<br>1999: Destiny's Shield, July 1999 (HC) with David Drake<br>2000: 1632, February 2000 (HC)<br>Destiny's Shield, June 2000 (pb)<br>Fortune's Stroke, June 2000 (HC) with David Drake<br>Rats, Bats & Vats, September 2000 (HC) with Dave Freer<br>The Thief and the Roller Derby Queen, (short story), in The Chick is in the Mail, edited by Ester Friesner, October 2000, (pb) | Unknown |

Debtor 1    Lucille Margaret Robbins                                    Case number (if known) 22-21670

| | |
|---|---|
| Writings from late husband include, but not limited to:<br>2001: 1632 February 2001 (pb)<br>From the Highlands, (short novel), in More than Honor #3: Changer of Worlds with<br>David Weber March 2001 (HC)<br>The Philosophical Strangler, May 2001 (HC)<br>Carthago Delenda Est, (novella), in Foreign Legions, edited by David Drake, June 2001, (HC)<br>Fortune's Stroke, July 2001 (pb)<br>The Tide of Victory, July 2001 (HC), October 2002 (pb) with David Drake<br>Rats, Bats & Vats, September 2001 (pb)<br>Pyramid Scheme, October 2001 (HC), with David Freer<br>2002: From the Highlands, (short novel), in More than Honor #3: Changer of Worlds<br>February 2002 (pb)<br>The Philosophical Strangler, March 2002, (pb)<br>Forward the Mage, March 2002 (HC) with Richard Roach<br>The Shadow of the Lion, March 2002 (HC) with Mercedes Lackey & Dave Freer<br>The Tyrant, April 2002 (HC) with David Drake<br>The Islands in Warmasters, an anthology, May 2002 (HC) with David Drake and<br>David Weber<br>1633, August 2002 (HC), with David Weber<br>"Carthago Delenda Est," (novella), in Foreign Legions, September 2002 (pb)<br>The Tide of Victory, October 2002 (pb) with David Drake | Unknown |
| Writings from late husband include, but not limited to:<br>2003: Pyramid Scheme, February 2003 (pb), with David Freer<br>â-ª "Fanatic," (novella) in The Service of the Sword, the fourth Harrington anthology, April 2003 (HC), compiled by David Weber<br>1633, July 2003 (pb)<br>Forward the Mage, August 2003, (pb)<br>The Course of Empire, September 2003 (HC), with K. D. Wentworth<br>Crown of Slaves, with David Weber, September 2003 (HC)<br>The Shadow of the Lion, Sept 2003 (pb)<br>The Tyrant, September 2003 (pb)<br>This Rough Magic, November 2003 (HC) with Mercedes Lackey & Dave Freer<br>2004: Ring of Fire, Editor; (Includes â€œThe Wallenstein Gambitâ€ - short novel), January 2004 (HC)<br>"The Islands" in Warmasters, February 2004 (pb)<br>1634: The Galileo Affair, April 2004 (HC), with Andrew Dennis<br>"Fanatic," (novella) in The Service of the Sword, June 2004 (PB)<br>The Wizard of Karres, August 2004 (HC), with Mercedes Lackey and Dave Freer<br>(sequel to James Schmidt's The Witches of Karres.)<br>The Rats, The Bats, & The Ugly, September 2004 (HC) with Dave Freer<br>Mountain Magic, October 2004 (pb)<br>Grantville Gazette Volume 3, October 2004 (Webscriptions edition)<br>"The Truth about the Gotterdammerung,"(short story), in Turn the Other Chick, edited by Ester Friesner, November 2004, (HC)<br>Grantville Gazette Volume 1 - November 2004 | Unknown |

Debtor 1    Lucille Margaret Robbins                                    Case number (if known) 22-21670

| Writings from late husband include, but not limited to: 2005<br>"Genie Out of the Bottle," (novella) in Cosmic Tales of Adventure II, (Jan 2005) Ring of Fire, Jan 2005 (PB)<br>The World Turned Upside Down, January 2005 (HC), twenty-nine stories, with David Drake, Jim Baen, and others. Mother of Demons, February 2005 (pb Reissue) The Course of Empire, March 2005 (pb)<br>Crown of Slaves, April 2005 (pb)<br>Grantville Gazette Volume 4, April 2005 (Webscriptions edition)<br>This Rough Magic, June 2005 (pb)<br>1812: Rivers of War, April 2005 (HC)<br>Grantville Gazette Volume 5, August 2005 (Webscriptions edition)<br>1634: The Galileo Affair, August 2005 (pb) | Unknown |

| Writings from late husband include, but not limited to: 2006<br>The Wizard of Karres, Jan 2006 (pb)<br>The Dance of Time, Feb 2006 (HC) with David Drake<br>"The Truth about the Gotterdammerung," (short story), in Turn the Other Chick, Feb 2006 (PB)<br>Boundary, March 2006 (HC), with Ryk Spoor<br>Grantville Gazette Volume 6, March 2006 (Webscriptions edition)<br>Grantville Gazette Volume 2, March 2006 (HC)<br>Grantville Gazette Volume 7, April 2006 (Webscriptions edition - e-arc)<br>1634: The Ram Rebellion, May 2006 (HC) with Virginia DeMarce and others<br>The World Turned Upside Down, May 2006 (pb)<br>The Rats, The Bats, & The Ugly, July 2006 (pb)<br>1635: Cannon Law with Andrew Dennis, September 2006 (HC)<br>1812: Rivers of War, October 2006 (pb)<br>1824: The Arkansas War, November 2006 (HC)<br>Grantville Gazette Volume 3, Dec 2006 (HC) | Unknown |

| Writings from late husband include, but not limited to: 2007<br>The Long Twilight by Keith Laumer, edited by Eric Flint (HC Feb 2007)<br>1634: The Baltic War by David Weber and Eric Flint (PB May 2007)<br>The Dance of Time (Belisarius)<br>The Best of Jim Baen's Universe, edited by Eric Flint (HC July 2007) The Dance of Time by Dave Drake and Eric Flint (PB July 2007) Pyramid Power by Eric Flint and David Freer (PB August 2007) Grantville Gazette II (The Assiti Shards) (MMP Oct 30, 2007)<br>1634: The Bavarian Crisis by Eric Flint and Virginia DeMarce (HC October 2007)<br>1634: The Ram Rebellion by Eric Flint and Virginia DeMarce (PB Dec 2007) | Unknown |

Debtor 1    Lucille Margaret Robbins                                   Case number (if known) 22-21670

| Writings from late husband include but not limited to: 2008: Boundary by Eric Flint and Ryk E. Spoor Mass Market Paperback (Jan 29, 2008) The Dragon Done It by Eric Flint and Mike Resnick (Hardcover - Mar 4, 2008) 1635: Cannon Law (The Assiti Shards) by Eric Flint and Andrew Dennis (Mass Market Paperback- April 1, 2008) Time Spike by Eric Flint and Marilyn Kosmatka (Hardcover - May 6, 2008) Grantville Gazette III (The Ring of Fire) by Eric Flint (Mass Market Paperback - May 20, 2008) The Best of Jim Baen's Universe by Eric Flint (Mass Market Paperback - May 20, 2008) Grantville Gazette IV (Ring of Fire) by Eric Flint (Hardcover - Jun 3, 2008) Sideways In Crime by Lou Anders (Paperback - Jun 17, 2008) The Best of Jim Baen's Universe II by Eric Flint (Paperback - Jul 1, 2008) Belisarius I: Thunder at Dawn (Belisarius Series) by Eric Flint and David Drake (Hardcover - Sep 2, 2008) The Universe Twister by Keith Laumer and Eric Flint (Mass Market Paperback - Sep 30, 2008) Earthblood & Other Stories Pyramid Power (Pyramid Series) by Eric Flint and Dave Freer Mass Market Paperback - Sep 30, 2008) Slow Train to Arcturus by Eric Flint and Dave Freer Hardcover-Oct 7, 2008) The Trouble with Aliens (Complete Christopher Anvil) by Christopher Anvil and Eric Flint Mass Market Paperback - Oct 28, 2008) | Unknown |
|---|---|
| Writings from late husband include but not limited to: 2008: 1634: The Baltic War (The Ring of Fire) by David Weber and Eric Flint Mass Market Paperback - Oct 28, 2008) War Games (Complete Christopher Anvil) by Christopher Anvil and Eric Flint Hardcover - Dec 2, 2008) 1635: The Dreeson Incident (The Ring of Fire) by Eric Flint and Virginia DeMarce Hardcover - Dec 2, 2008) "Pirates of the Sura Sea" - Story with Dave Freer in Fast Ships - Black Sails edited by Jeff Vandermeer (Trade paperback 2008) 2009 Ring of Fire II by Eric Flint, Mass Market Paperback - Jan 27, 2009) Worlds by Eric Flint, Hardcover - Feb 3, 2009) Prescription for Chaos - Christopher Anvil (HC Feb 2009) Belisarius II: Storm at Noontide by Eric Flint and David Drake, Paperback - Mar 3, 2009) 1634: The Bavarian Crisis by Eric Flint and Virginia DeMarce, Mass Market Paperback - Jun 30, 2009) A Sense of Infinity, July 2009, with Guy Gordon Grantville Gazette V by Eric Flint, Hardcover - Aug 11, 2009) Belisarius III: The Flames of Sunset by Eric Flint and David Drake, Hardcover - Aug 11, 2009) Torch of Freedom, November 2009, with David Weber | Unknown |

Debtor 1     Lucille Margaret Robbins              Case number (if known) **22-21670**

| | |
|---|---|
| Writings from late husband include but not limited to:<br>2010:<br>The Sorceress of Karres, January 2010, with Dave Freer<br>The Crucible of Empire, March 2010, with K.D. Wentworth Much<br>Fall of Blood, May 2010, with Mercedes Lackey & Dave Freer<br>Threshold, June 2010, with Ryk Spoor<br>1635: The Eastern Front, October 2010<br>The Power of Illusion, Christopher Anvil, October 2010<br>2011:<br>1636: The Saxon Uprising, April 2011<br>Ring of Fire III, an anthology of stories set in the 1632 universe, July 2011<br>2012:<br>Grantville Gazette VI, January 2012<br>1636: The Kremlin Games, June 2012, with Gorg Huff and Paula Goodlett<br>1635: The Papal Stakes, October 2012, with Charles Gannon<br>2013:<br>Portal, May 2013, with Ryk Spoor<br>Burdens of the Dead, June 2013, with Mercedes Lackey and Dave Freer<br>1636: The Devil's Opera, October 2013, with David Carrico | Unknown |

| | |
|---|---|
| Writings from late husband include but not limited to:<br>2014:<br>Cauldron of Ghosts, April 2014, with David Weber<br>1636: Commander Cantrell in the West Indies, June 2014, with Charles E. Gannon<br>1636: The Viennese Waltz, November 2014, with Paula Goodlett and Gorg Huff "Operation Xibalba," (novelette), in Multiverse: Exploring Poul Anderson's Worlds, edited by Greg Bear and Gardner Dozois, April 2014<br>"In the Matter of Savinkov," in The Aethers of Mars, May 2014.<br>2015:<br>Castaway Planet, February 2015, with Ryk E. Spoor<br>"An Aukward Situation," in Grantville Gazette VII, April 2015 "A Cardinal Relief," in Grantville Gazette VII, April 2015 "Sanctuary," (short novel), in By Tooth and Claw, April 2015<br>Grantville Gazette VII, April 2015<br>1636: The Cardinal Virtues, July 2015, with Walter H. Hunt<br>"A Flat Affect" (short story) in Onward, Drake!, edited by Mark L. Van Name, October 2015 | Unknown |

Debtor 1   Lucille Margaret Robbins                               Case number (if known) 22-21670

| Description | Value |
|---|---|
| Writings from late husband include but not limited to:<br>2016:<br>1635: A Parcel of Rogues, January 2016, with Andrew Dennis<br>"Scarface" (short novel), in Ring of Fire IV, May 2016<br>"Up on the Roof" (novella) in Black Tide Rising, edited by John Ringo and Gary Poole, June 2016<br>The Span of Empire, September 2016, with David Carrico<br>Castaway Odyssey, October 2016, with Ryk Spoor<br>2017:<br>1636: The Ottoman Onslaught, January 2017<br>1636: Mission to the Mughals, April 2017, with Griffin Barber<br>The Gods of Sagittarius, May 2017, with Mike Resnick<br>The Alexander Inheritance, July 2017, with Gorg Huff and Paula Goodlett<br>Iron Angels, September 2017, with Alistair Kimble<br>1636: The Vatican Sanction, December 2017, with Charles E. Gannon<br>2018:<br>1637: The Volga Rules, February 2018, with Gorg Huff and Paula Goodlett The Demons of Paris, April 2019, with Gorg Huff and Paula Goodlett Grantville Gazette VIII, June 2018<br>Worlds II, August 2018<br>All the Plagues of Hell, December 2018, with Dave Freer | Unknown |
| Writings from late husband include but not limited to:<br>2019:<br>1637: The Polish Maelstrom, April 2019<br>1636: The China Venture, September 2019, with Iver Cooper<br>Council of Fire, November 2019, with Walter H. Hunt<br>2020:<br>Castaway Resolution, March 2020, with Ryk E. Spoor<br>The Shaman of Karres, May 2020, with Dave Freer<br>1636: The Atlantic Encounter, August 2020, with Walter H. Hunt<br>1637: No Peace Beyond the Line, November 2020, with Charles E. Gannon<br>2021:<br>The Macedonian Hazard, January 2021, with Gorg Huff and Paula Goodlett<br>1637: The Peacock Throne, May 2021, with Griffin Barber<br>Grantville Gazette IX, July 2021, edited with Bjorn Hasseler To End in Fire, October 2021, with David Weber<br>1637: The Coast of Chaos, December 2021, edited with Bjorn Hasseler "Sad Spectacles of Deceitful Iniquity at Christmastime," in A 1632 Christmas, December 2021, with Lucille Robbins | Unknown |
| Writings from late husband including but not limited to:<br>2022:<br>1637: The Transylvanian Decision, with Robert Waters (November)<br>2023:<br>What Price Victory?: Worlds of Honor 7, edited by David Weber, with a story by Eric in it (February)<br>1638: The Siberian Enterprise, with Paula Goodlett and Gorg Huff (September) | Unknown |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

Debtor 1  Lucille Margaret Robbins                                Case number *(if known)* 22-21670

Money or property owed to you?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Life insurance with employer | | Unknown |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................................................... **$8,000.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Official Form 106A/B                Schedule A/B: Property                                page 11

Debtor 1  Lucille Margaret Robbins　　　　　　　　　　　　　Case number *(if known)* 22-21670

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .................................. | $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................................ | $73,000.00
56. Part 2: Total vehicles, line 5 | $8,000.00
57. Part 3: Total personal and household items, line 15 | $5,000.00
58. Part 4: Total financial assets, line 36 | $8,000.00
59. Part 5: Total business-related property, line 45 | $0.00
60. Part 6: Total farm- and fishing-related property, line 52 | $0.00
61. Part 7: Total other property not listed, line 54  + | $0.00

62. Total personal property. Add lines 56 through 61... | $21,000.00 | Copy personal property total | $21,000.00

63. Total of all property on Schedule A/B. Add line 55 + line 62 | $94,000.00

**Fill in this information to identify your case:**

Debtor 1  Lucille Margaret Robbins
          First Name        Middle Name         Last Name

Debtor 2
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF INDIANA

Case number  22-21670
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Lucille Margaret Robbins                    X _____
    Lucille Margaret Robbins                          Signature of Debtor 2
    Signature of Debtor 1

    Date  1/26/23                                    Date _____