UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **LUCILLE ROBBINS** | ) | CASE NUMBER: 22-21670-jra |
| DEBTOR(S) | ) | |

**NOTICE OF AMENDMENT**

TO:    UNITED STATES TRUSTEE
555 One Michiana Square Building
100 East Wayne Street
South Bend, Indiana 46601

TRUSTEE Paul Chael
401 W 84th Drive., Ste. B
Merrillville, IN 46410

PLEASE TAKE NOTICE that I have filed this date with the Clerk, U.S. Bankruptcy Court, Northern District of Indiana, Hammond Division, Schedule A to add the Tahiti Village Vacation Club time share not listed on the original petition.

Dated at Merrillville, Indiana, this 26th day of January 2023.

Respectfully submitted,
LAW OFFICE OF WEISS, SCHMIDGALL & HIRES

/s/ Christopher R. Schmidgall
Christopher R. Schmidgall
Attorney I.D. No. 23738-64
Six W. 73rd Avenue
Merrillville, IN 46410
(219) 736-5297
Attorney for Debtor

## PROOF OF SERVICE

I certify that on the 26th day of January 2023, a true and complete copy of the above and foregoing pleading or paper was made upon Trustee, U.S. Trustee and each party or attorney of record herein by depositing the same in the United States mail in an envelope properly addressed to each of them and with sufficient first class postage affixed, or by electronic service where applicable.

BY: /s/ Christopher R. Schmidgall

Distribution:
Trustee Paul Chael: ecf@pchael13.com
United States Trustee: ustpregion10.so.ecf@usdoj.gov