UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
LUCILLE ROBBINS ) CASE NUMBER: 22-21670-jra
       DEBTOR(S) )

### NOTICE OF AMENDMENT

TO:      UNITED STATES TRUSTEE
555 One Michiana Square Building
100 East Wayne Street
South Bend, Indiana 46601

TRUSTEE Paul Chael
401 W 84th Drive., Ste. B
Merrillville, IN 46410

PLEASE TAKE NOTICE that I have filed this date with the Clerk, U.S. Bankruptcy Court, Northern District of Indiana, Hammond Division, Schedule E/F to reflect the following additional creditors not listed on the original petition:

BPmeRewards Visa; First National Bank of Omaha: P.O. Box 2557, Omaha, NE, 68103-2557

Capital One Bank: P.O. Box 30285, Salt Lake City, UT, 84130-0285

Centier Bank: 600 E. 84th Ave., Merrillville, IN, 46410

Lowe's/Synchrony Bank: P.O. Box 965003, Orlando, FL, 32896-5003

Macy's American Express Account: P.O. Box 790003, St. Louis, MO, 63179-0003

Target Card Services, servicer to TD Bank USA, N.A.: 3901 West 53rd St., Sioux Falls, SD, 57106-4216

Dated at Merrillville, Indiana, this 26th day of January 2023.

Respectfully submitted,<br>
LAW OFFICE OF WEISS, SCHMIDGALL & HIRES

/s/ Christopher R. Schmidgall
Christopher R. Schmidgall
Attorney I.D. No. 23738-64
Six W. 73rd Avenue
Merrillville, IN  46410
(219) 736-5297
Attorney for Debtor

## PROOF OF SERVICE

I certify that on the 26th day of January 2023, a true and complete copy of the above and foregoing pleading or paper was made upon Trustee, U.S. Trustee and each party or attorney of record herein by depositing the same in the United States mail in an envelope properly addressed to each of them and with sufficient first class postage affixed, or by electronic service where applicable.

BY: /s/ Christopher R. Schmidgall

Distribution:
Trustee Paul Chael: ecf@pchael13.com
United States Trustee: ustpregion10.so.ecf@usdoj.gov