UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
LUCILLE ROBBINS ) CASE NO.: 22-21670-JRA
      Debtor(s) )

## AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

Comes now Debtor, by counsel, Christopher R. Schmidgall and Chapter 13 Trustee, Paul R. Chael, on the above-captioned Chapter 13 case, and show the Court that on November 10, 2022, Debtor filed a Chapter 13 Plan.

The Debtor and Trustee Paul Chael hereby stipulate to the following Modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve, without further notice and opportunity for hearing by creditors and parties in interest.

**Debtor and Trustee agree that Debtor's plan shall be amended to pay all unsecured claims in full. Debtor, with the assistance of a family member, shall pay her mortgage to Centier directly and outside Debtor's plan. Debtor shall make a lump sum payment of $10,000, with the assistance of her family, no later than June 30, 2023. Debtor's monthly plan payment shall increase to $1,266 per month beginning in March and continuing for the remainder of her plan to fund this modification. This agreement resolves the Trustee's objection to confirmation of Debtor's plan.**

And the court having examined said Stipulated Modification of the Plan Payment, and being duly advised in the premises, finds that said proposed Modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed Immaterial Modification should be, and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

SO ORDERED.

Dated: February 17, 2023

                                                                    James R. Ahler C0102
                                                                    JUDGE, U.S. BANKRUPTCY COURT

**Distribution**
Debtor(s)
Debtor(s)' Attorney
Creditor's Attorney (if applicable)
Trustee
U.S. Trustee

EXAMINED AND APPROVED:

/s/ Christopher R. Schmidgall
CHRISTOPHER SCHMIDGALL, Attorney for Debtor(s)

Paul Chael
PAUL CHAEL, TRUSTEE