# Notice Recipients

District/Off: 0755−2         User: admin                  Date Created: 2/27/2023
Case: 22−21670−jra           Form ID: pdf004              Total: 82

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| tr  | Paul R. Chael | aimee@pchael13.com |
| aty | Amy Godshalk | amy@pchael13.com |
| aty | Christopher R. Schmidgall | bankruptcy@wshlegal.com |
| aty | Julia M. Hoham | julia@pchael13.com |
| aty | Seth R. Buitendorp(AMG) | seth@glblegal.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Lucille Margaret Robbins | 4202 Baring Avenue | East Chicago, IN 46312 | |
| cr | Centier Bank | 600 E. 84th Avenue | Merrillville, IN 46410 | |
| smg | Indiana Employment Security Division | 10 North Senate Street | Indianapolis, IN 46204 | |
| 15506041 | American Express | PO Box 0001 | Los Angeles, CA 90096−8000 | |
| 15506040 | American Express | PO Box 96001 | Los Angeles, CA 90096−8000 | |
| 15523465 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 |
| 15523466 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 |
| 15506042 | Amex | Correspondence/Bankruptcy | Po Box 981540 | El Paso, TX 79998 | |
| 15539534 | BPmeRewards Visa; | First National Bank of Omaha | P.O. Box 2557 | Omaha, NE, 68103−2557 |
| 15506043 | Baen Publishing | P.O. Box 1188 | Wake Forest, NC 27588 | |
| 15506044 | Bank of America | PO Box 15796 | Wilmington, DE 19886−5019 | |
| 15506045 | Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | Wilmington, DE 19899 |
| 15506046 | Bethanne Kim | PO Box 399 | Catharpin, VA 20143 | |
| 15506047 | Bill Fawcett | 1604 Mansfield Cove NW | Kennesaw, GA 30152 | |
| 15506048 | Bjorn Hasseler | 8000 Oxbow Place | Laurel, MD 20724 | |
| 15506049 | Bradley Sinor | 5649 S. Zunis Avenue | Tulsa, OK 74105 | |
| 15506050 | Capital One | PO Box 7680 | Carol Stream, IL 60116−7680 | |
| 15539535 | Capital One Bank | P.O. Box 30285 | Salt Lake City, UT, 84130−0285 | |
| 15506051 | Cecilia Holland | 520 Palmer Blvd | Fortuna, CA 95540 | |
| 15539536 | Centier Bank | 600 E. 84th Ave. | Merrillville, IN, 46410 | |
| 15506052 | Centier Bank | Attn:Collections | 600 E 84th Ave | Merrillville, IN 46410 |
| 15506053 | Chase | Po Box 15298 | Wilmington, DE 19850 | |
| 15506054 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington, DE 19850 |
| 15506055 | Chuck Gannon | 851 Holly Drive South | Annapolis, MD 21409 | |
| 15506056 | Citibank/The Home Depot | Citicorp Credit Srvs/Centralized Bk dept | Po Box 790034 | St Louis, MO 63179 |
| 15506057 | David Brin | 801 Calle Santa Cruz | Encinitas, CA 92024 | |
| 15506058 | David Carrico | 10425 York Way | Oklahoma City, OK 73162 | |
| 15506059 | David Palmer | 5590 NE 150th Ave | Williston, FL 32696 | |
| 15506060 | Douglas Jones | 816 Park Rd | Iowa City, IA 52246 | |
| 15506061 | Enrico Toro | 4342 7th Ave. NE, | Apt. A | Seattle, WA 98105 |
| 15506062 | Estate of Kevin Evans | 100 Dakota Morning Rd | Rio Rancho, NM 87124 | |
| 15506063 | First National Bank | Attn: Bankruptcy | P.O. Box 3128 | Omaha, NE 68103 |
| 15516774 | First National Bank of Omaha | 1620 Dodge Street, Stop Code 3113 | Omaha, Nebraska 68197 | |
| 15506064 | First National Bank of Omaha | Po Box 2557 | Omaha, NE 68103 | |
| 15506065 | Garrett Vance | 301 NE Blackat Lane | Tahuya, WA 98588 | |
| 15506066 | Gorg Huff | 3717 Parrish Ave. | East Chicago, IN 46312 | |
| 15506067 | Herbert Sakalaucks | N. 11115 670th St. | Wheeler, WI 54772 | |
| 15507411 | Indiana Department of Revenue | Bankruptcy Section | 100 North Senate Avenue, N240 | Indianapolis IN 46204 |
| 15506068 | Indiana Department of Revenue | State Office Building | Indianapolis, IN 46204 | |
| 15507407 | Internal Revenue Service | P. O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 15506069 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101 | |
| 15506070 | Iver Cooper | 6247 N. 23 St. | Arlington, VA 22205 | |
| 15506071 | Jack Carroll | 77 Musket Dr. | Nashua, NH 03062 | |
| 15506072 | James Dharma | c/o Victoria Ainsley | | |
| 15506073 | Jan Kotouc | U dubu 1377/112 | Prague 4; 14700 Czech Republic | |
| 15506074 | Jerry Kenton Pierce | 425 N. Main Street Apt. 1A | Greensburg, PA 15601 | |
| 15506075 | John Deakins | 7238 Estes Road | Harrison, AR 72601 | |
| 15506076 | Kerryn Offord | 38 Bainton St. | Christchurch 8053 | New Zealand |
| 15506077 | Kim Mackey | 10520 Spendrift Loop | Anchorage, AK 99515 | |
| 15507410 | Lake County Treasurer | Attention: Bankruptcy Clerk | 2293 North Main Street | Crown Point IN 46307 |
| 15506078 | Laura Givens | 2885 South Raleigh St. | Denver, CO 80236 | |
| 15539537 | Lowe's/Synchrony Bank | P.O. Box 965003 | Orlando, FL, 32896−5003 | |
| 15506079 | Lucie Moravov | Valc kova 8, 182 00 | Prague 8 Czech Republic | |

| | | | | |
|---|---|---|---|---|
| 15539538 | Macy's American Express Account | P.O. Box 790003 | St. Louis, MO, 63179–0003 | |
| 15506080 | Macys/fdsb | Attn: Bankruptcy | 9111 Duke Boulevard | Mason, OH 45040 |
| 15506081 | Marc Tyrell | 230 Bay Street South | Hamilton, Ontario, L8P 3J1 | |
| 15506082 | Mark Huston | 1290 Dorchester Ln | Hoffman Estates, IL 60169 | |
| 15506083 | Mike Watson | 204 North Sunset Lane | Raymore, MO 64083 | |
| 15506084 | Nathan Dodge | 291 Creekwood Dr. | Sunnyvale, TX 75182 | |
| 15506085 | OnDeck | 1400 Broadway | 25th Floor | New York, NY 10018 |
| 15525215 | PORTFOLIO RECOVERY ASSOCIATES, LLC | POB 41067 | Norfolk, VA 23541 | |
| 15506086 | Paula Goodlett | 2930 County Rd. 4668 | Bivins, TX 75555 | |
| 15506087 | Premier America Credit Union | 19867 Prairie Street | Chatsworth, CA 91311 | |
| 15506088 | Rapid Finance | 4500 East West Highway | 6th Floor | Bethesda, MD 20814 |
| 15506089 | Rosemary Edgehill | 1517 Hess Creek Court | Newberg, OR 97132 | |
| 15506090 | Ryk Spoor | 3 Glenwood Road | Troy, NY 12180 | |
| 15506091 | Sandy Murphy | 717 Bellavilla Dr. | Saint Louis, MO 63125 | |
| 15506092 | Shane Gries | Unit 7800 Box 158 | DPO, AP 96549 | |
| 15506093 | Stephen Stirling | 2595 Calle Delfino | Santa Fe, NM 87505 | |
| 15506094 | Steve Silver | 707 Sapling Lane | Deerfield, IL 60015 | |
| 15506095 | TCM Bank | PO Box 105666 | Atlanta, GA 30348 | |
| 15539539 | Target Card Services | servicer to TD Bank USA, N.A. | 3901 West 53rd St. | Sioux Falls, SD, 57106–4216 |
| 15506096 | Terry Howard | 235 Worden Avenue | Kalamazoo, MI 49048 | |
| 15506097 | Virginia DeMarce | 444 W. Broad St., Unit 232 | Falls Church, VA 22046 | |
| 15506098 | Windham | 571 N. Tustin Ave. Unit J | Santa Ana, CA 92705 | |
| 15506099 | Wood Hughes | 211 Whitesand Bay Drive | Stockbridge, GA 30281 | |

TOTAL: 76