UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  
LUCILLE MARGARET ROBBINS

CHAPTER 13 PROCEEDINGS

CASE NO. 22-21670 JRA

## NOTICE OF WITHDRAWAL OF DOCUMENT

Comes now Paul R. Chael, Chapter 13 Trustee herein, and withdraws the document filed on November 6, 2023, docket number 36, Trustee's Motion to Dismiss.

/s/ Paul R. Chael  
Paul R. Chael, Trustee  
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee  
Christopher Schmidgall

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor(s) -   LUCILLE MARGARET ROBBINS, 4202 Baring Avenue, East Chicago, IN, 46312

/s/ Paul R. Chael  
Paul R. Chael  
401 West 84th Drive  
Merrillville, IN 46410  
(219) 650-4015