**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

IN RE:                                **CHAPTER 13 PROCEEDINGS**
**LUCILLE MARGARET ROBBINS**

                                           **CASE NO: 22-21670 JRA**

    Debtor(s)

**MOTION TO DISMISS FOR FAILURE TO TURN OVER TAX RETURNS**

     Comes now Paul R. Chael, Trustee herein, and states that debtor(s) have failed to comply with their Plan or Agreed Immaterial Modification wherein debtor(s) failed to turn over copies of their federal and/or state tax returns.

     Debtor has failed to provide 2024 RETURNS

     Wherefore, your trustee prays that these proceedings be dismissed pursuant to §1307(c)(7) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

                                                   /S/ PAUL R. CHAEL
                                                   Paul R. Chael, Trustee
                                                   Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2025, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): LAW OFFICE OF WEISS & SCHMIDGALL

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

LUCILLE MARGARET ROBBINS, 4202 BARING AVE, EAST CHICAGO, IN 46312

                                                   /s/ Paul R. Chael
                                                   Paul R. Chael
                                                   401 West 84th Drive
                                                   Merrillville, IN 46410
                                                   (219) 650-4015