UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  CHAPTER 13 PROCEEDINGS
LUCILLE MARGARET ROBBINS

CASE NO. 22-21670 JRA

## NOTICE OF WITHDRAWAL OF DOCUMENT

Comes now Paul R. Chael, Chapter 13 Trustee herein, and withdraws the document filed on August 14, 2025, docket number 42, Trustee's Motion to Dismiss.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee
Christopher Schmidgall

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor(s) -    LUCILLE MARGARET ROBBINS, 4202 Baring Avenue, East Chicago, IN, 46312

/s/ Paul R. Chael
Paul R. Chael
401 West 84th Drive
Merrillville, IN 46410
(219) 650-4015